UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-mj-8032-WM_____

UNITED STATES OF AMERICA

v.

LANESA LACHON STUBBS,

                    Defendant.        /

FILED BY ____SW____ D.C.
Jan 15, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)?     NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?     NO

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   NO

4. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   NO

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *Justin Chapman*
     Justin Chapman
     Assistant United States Attorney
     FL Bar No. 85778
     United States Attorney's Office
     500 S. Australian Avenue #400
     West Palm Beach, Florida 33401
     (561) 209-1022
     Justin.chapman4@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  26-mj-8032-WM |
| Lanesa Lachon Stubbs, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**CRIMINAL COMPLAINT**

FILED BY ___SW___ D.C.
Jan 15, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 14, 2026   in the county of   Palm Beach   in the Southern District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 1361 | Destruction of Federal Property |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Greg Hoffman, FBI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date:  January 15, 2026

*Judge's signature*

City and state:   West Palm Beach, FL     William Matthewman, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Gregory Hoffman, first being duly sworn, do hereby depose and state as follows:

1. I am currently a Special Agent with the Federal Bureau of Investigation and have been so employed since March 2016. Following an initial five-month training period at the FBI Academy in Quantico, Virginia, I was assigned to the Violent Crime Squad in the Palm Beach County Resident Agency where I have worked since August 15, 2016. I have been involved in the investigation of various criminal violations including narcotics trafficking, bank robberies, interstate stalking, transmission of threats, violent criminal gangs, and various other criminal violations.

2. Prior to working as an FBI agent, I worked as a prosecutor in the Nassau County District Attorney's Office for a period of approximately twenty-two months. Prior to that employment, I worked in multiple internships concerning criminal and civil law enforcement on behalf of various state and municipal governments in Virginia and New York.

3. This affidavit is based on your affiant's personal knowledge and on information provided to your affiant by a review of local police reports from the West Palm Beach Police Department. Not all the facts known to me have been included in this affidavit, but only such facts as are necessary to support a finding of probable cause for the issuance of a criminal complaint charging defendant Lanesa L. Stubbs with Destruction of Federal Property, in violation 18 United States Code § 1361.

## PROBABLE CAUSE

4. On Thursday, January 14, 2026, at approximately 11:12pm, an officer of the West Palm Beach Police Department was dispatched to the Paul G. Rogers Federal Building and U.S. Courthouse, located at 701 Clematis Street, West Palm Beach, FL

(hereinafter referred to as the "Federal Building"), located within the Southern District of Florida, in reference to a call received by the department regarding property destruction. According to the caller, a vehicle drove into the front entrance of the federal building.

5. The officer made contact with the caller, who indicated that he had, through video surveillance cameras, observed an individual drive their vehicle into and through the entrance of the building into the lobby and security checkpoint area. The officer viewed the video surveillance footage and observed a red Chevrolet SUV, with attached FL License Plate # FGUY38, was observed parking on Clematis Street outside of the Federal Building`s southeast parking lot entrance at approximately 11:08pm. A woman, later identified as Lanesa L. Stubbs, was observed walking onto the Federal Building property and walks towards the front door. Stubbs returned to her vehicle and drove onto the property through the mulch along the property line to get onto the walkway in front of the front doors. It should be noted that there are large concrete planters in front of the walkway to prevent vehicular traffic. Stubbs was observed straightening the vehicle directly in front of the northern sliding door of the building. The vehicle was then observed backing directly into the doors and into the front lobby of the building, shattering the doors and breaking the thresholds. The vehicle then accelerated forward quickly and reversed back causing damage to the furniture, x-ray machines and other security equipment in the lobby.

6. A West Palm Beach PD police officer responded to Stubbs's home address at 8185 Belvedere Road West Palm Beach, Fl and observed the same vehicle described above which had damage to the rear bumper and taillights. The vehicle was towed by the Palm Beach County Sheriff's Office to their headquarters as evidence.

7. A review of the Florida Department of Highway Safety and Motor Vehicles' DAVID driver database system, identified Stubbs as the owner of a red Chevrolet SUV with Florida License Plater #FGUY38.

8. While officers were still on scene, the defendant returned to the property to turn herself into police; dropped off by her niece.  Stubbs was observed wearing the same clothing as in the video surveillance footage. Stubbs was read her *Miranda* warnings and gave a voluntary interview.  Stubbs told officers that since August of 2024, she has attempted to report a trucking company for human trafficking to multiple agencies which includes Homeland Security. Stubbs asserted that since then, someone has been hacking her cellphones and other devices as a form of intimidation. Stubbs admitted to taking her vehicle and using it to crash into the doors of the Federal Building as a form of protest due to being fed up with not being helped.

## CONCLUSION

9. In consideration of the foregoing, your affiant submits that there is probable cause to believe that Stubbs has committed violations of 18 United States Code § 1361.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
GREGORY HOFFMAN
Special Agent, FBI

Sworn to me via Telephone-FaceTime by the
affiant in accordance with the requirements of
Fed. R. Crim. P 4.1 on this 15 day of January 2026.

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

Type text here

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Lanesa Lachon Stubbs

**Case No**: 26-mj-8032-WM

Count #: 1

Malicious Destruction of a Federal Building

Title 18, United States Code, Section 1361

* **Max. Term of Imprisonment**: 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:**   $250,000
* **Special Assessment:** $100 upon conviction

***Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**